**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 436 WAL 2017
                           :
            Respondent       :
                           :   Petition for Allowance of Appeal from
                           :   the Order of the Superior Court
          v.                :
                           :
                           :
ATIBA WILSON,                :
                           :
            Petitioner        :

## ORDER

**PER CURIAM**

      **AND NOW**, this 30th day of April, 2018, the Petition for Allowance of Appeal is **DENIED**.